UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PURUS PLASTICS GMBH,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>ECO-TERR DISTRIBUTING, INC.,<br><br>　　　　　　Respondent. | CASE NO. C18-0277JLR<br><br>ORDER ON STIPULATION |

On June 21, 2018, the court denied Respondent Eco-Terr Distributing, Inc.'s ("Eco-Terr") motion to dismiss, granted Petitioner Purus Plastics GmbH's ("Purus") petition to recognize and enforce two foreign arbitration awards ("the Awards"), confirmed the Awards, and awarded prejudgment interest on the award of €20,000.00 at a rate equal to the federal post-judgment interest rate in 28 U.S.C. § 1961(a). (6/21/18 Order (Dkt. # 20) at 24.) On the same day, the court entered judgment to that effect. (Judgment (Dkt. # 21).)

//

ORDER - 1

On July 13, 2018, the parties "jointly submit[ted]" a "proposed, uncontested judgment." (Stip. (Dkt. # 22) at 1.) Their proposed judgment contains some of the same elements as the June 21, 2018, judgment but also includes the substantive relief awarded by the foreign arbitration panel on September 8, 2015; converts the arbitral award amount from euros to dollars; and states that prejudgment interest will be calculated from the date the proposed judgment is signed, rather than from the date of the June 21, 2018 judgment. (*Id.* at 2-3.) The parties do not state why they make such a proposal in light of the June 21, 2018, judgment, nor do they provide argument on their proposal. (*See generally id.*)

If the parties seek to amend the judgment, they must file an appropriate motion. *See* Fed. R. Civ. P. 59(e) (stating that the parties have 28 days after the entry of judgment to move to alter or amend the judgment); Local Rules W.D. Wash. LCR 7(d). In such a motion, which the parties may file jointly, they must state the legal basis for amendment and explain their reasons for seeking an amendment.

Dated this 16th day of July, 2018.

JAMES L. ROBART
United States District Judge